COLUMBUS BAR ASSOCIATION *v.* BOWEN.

[Cite as *Columbus Bar Assn. v. Bowen* (1999), 87 Ohio St.3d 126.]

(No. 99–833—Submitted July 28, 1999—Decided October 13, 1999.)

*Bruce Campbell* and *Janice M. Bernard,* for relator.

*John W.E. Bowen, pro se.*

---

**Per Curiam.** We adopt the findings, conclusions, and recommendation of the board. Respondent is hereby suspended from the practice of law for six months. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.